UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILARIO ARTURO CHICHIL,                             No. C 05-1958 SI (pr)

        Petitioner,                                               **ORDER**

   v.

A. KANE, warden,

        Respondent.
_____/

    Petitioner has filed a notice of appeal. He does not need a certificate of appealability to appeal because his habeas petition challenged the parole authority's administrative decision to deny parole. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

    Petitioner's motion to proceed in forma pauperis on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1). (Docket # 15.) This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(5).

    The clerk shall process the appeal.

    IT IS SO ORDERED.

DATED: November 9, 2006

                                                    SUSAN ILLSTON
                                              United States District Judge